IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ANGELA BAILEY DRAKE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 3:25-CV-00095-CDL-AGH |
| COMMISSIONER OF SOCIAL SECURITY, | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 3rd day of September, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk